

# RECEIVED

## MAY 2 4 2019

## BY MAIL

### THE MOORISH NATIONAL REPUBLIC
### MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

In The
United States District Court
For Missouri Republic

CLAIMANT:

MAY 23RD 2019

Manaff Kulai-Bey, Ex Rel: Marvin David Whitt
an Authorized Representative, Natural Person,
In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented
by Fraudulent Construct of
ALL CAPITAL LETTERS
St. Louis Territory
[c/o 2 Bonnie ct.
[Florissant, Missouri [Zip Exempt]]
Northwest Amexem

**VS.**

### RESPONDENT(S)

- P.J.R & Associates, Inc.
  4883 Rock Crusher Road
  Campbell Hill, IL. 62916
  P.O. Box 9
  (618) 426-3325
  (618) 534-1756
- Clearance Warner (Manager for P.J.R. & Associates Inc. at that time
  Willisville, Illinios
  (618) 512-0684

### Jurisdiction

This action containing complaints for declaratory relief and for damages, is brought against the RESPONDENTS to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to complainant by the Constitution / Treaty and laws of these United States Republic.

Jurisdiction of this court is invoked under The Zodiac Constitution ©AA222141 / Library of Congress, Washington, District of Columbia, Constitution / Treaty and laws of the Unites States Republic.

### Venue

Original Jurisdiction United States District Court of Missouri

### CLAIMANT

I, Manaff Kulai-Bey, Ex Rel: Marvin David Whitt, a Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely

Page 1 of 4

Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States **(http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties)** the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States

### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21
"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

### Defendants

P.J.R. & Associates Inc.
4883 Rock Crusher Road
Campbell Hill, IL. 62916
(618) 426-3325
(618) 534-1756

*Clearance Warner (Was manager with P.J.R. & Associates inc. at the time of incident)
(618)-521-0684

### Facts
In support of this affidavit I state for the record:

1. I stated for the record as well as produced paperwork in regards to various LAWS stating that a contract between P.J.R. & Associates inc. and I, Manaff Kulai-Bey Ex Rel; Marvin David Whitt specifically agreeing that I would pay this fraudulently imposed TAXES or SOCIAL SECURITY has to be disclosed as this is the premise for this claim and without it there can be no claims – All Law is Contractual.
2. The 4th amendment of the Constitution specifically states that "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable search and seizures, shall not be violated."
3. The 5th amendment of the Constitution specifically states that "No person shall be deprived of life, liberty, or property, without due process of law."
4. 18 USC Sec. 242 and 42 USC Sec.1983 provides that: "Whoever, under color of any law, statue, ordinance, regulation or custom willfully subjects any person in any state, territory, or district to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, Shall be fined or imprisoned not more ten years or both." 42 USC Sec. further provides that a violator "Shall be liable to the party injured in an action at LAW, suit in equity, or other proper proceeding for redress."

# Legal Claims

Section 7 of Public Law 93-579 provides that:

(Axi) It shall be unlawful for any Federal, state, or local government agency to deny to any individual any rights, benefits, or privileges protected by law because of such individual refusal to disclose his social security account number.

18 USC sec. 242 & 42 USC sec. 1983 provides that:

Whoever, under color of any LAW, statue, ordinance, regulation, or custom willfully subjects any person in any state, territory, or district to the deprivation of any rights, privileges, or immunities secured or protected by the CONSTITUTION or laws of the United States, shall be <u>fined</u> under this title or imprisoned not more than ten years, or both. 42 USC sec. 1983 further provides that a violator shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

42 USC sec. 408 provides that: "Whoever discloses, uses, or compels the disclosure of the social security number of any person is in violation of the law of the United States, shall be guilty of a felony and upon conviction thereof shall be fined under title 18 or be imprisoned for not more than five years, or both.

All Law is contractual therefore in order for any claim to be made, the contract must be produced. For Clearances Warner and P.J.R. & Associates inc; to imply that the Notice of voluntary participation regarding Social Security and the Tax program does not have to be honored, is a clear violation of my Constitutionally Secured Rights to Due Process of Law.

*The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.*

*"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2." "The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."*

As a Management official of P.J.R. & Associates Inc, Clearance Warner & the company refusal to honor the Notice of my lack of voluntary nature to this Social Security/ TAX programs is a violation of my rights. Which warrants redress in this law suit capacity.

As a managing official of P.J.R. & Associates Inc. who should be well versed in law, Clearance Warner & P.J.R. & Associates inc. committed fraud as they have been administering colorable management, and legal advice in a capacity which he/they do not have jurisdiction, delegation of authority, or judicial powers delegated from the legislature or supreme courts.

# <u>RELIEF</u>

**1.    <u>The Enforcement of the following:</u>** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

**1)**    I, Manaff Kuai-Bey, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

**2)**    I, Manaff Kulai-Bey, demand this United States District Court to stop these abuses of the colorable authority by the Respondents as it pertain to this Claimant.

**3)**    I, Manaff Kulai-Bey, demands criminal charges be found, and let them be placed upon the Respondents.

**4)**    I, Manaff Kulai-Bey, demands this United States Federal court view this Claimant (in my Proper Person) as a Moorish American National (Natural Born Federal Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

**5)**    I, Manaff Kulai-Bey do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States District Court to fulfill their obligation to preserve the rights of this claimant (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith' by ordering Respondents to be brought before the Law to answer for their criminal and unjust crimes.

6)      All Agents, State and Federal Officials, Contractors (including P.J.R. & Associates Inc.) are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

7)      Any Respondent, Corporate or Natural ; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

8)      Respondent Clearance Warner is being sued $150,000 for compensatory damages and $150,000 for punitive damages in his official capacity and private capacity.

9)      Responded P.J.R. & Associates inc. is being sued $250.000 for compensatory damages and $250.000 for punitive damages in its official capacity. Title 18 USC Sec. 242 give rise for action at suit. Thus P.J.R. & Associates inc. is being sued $250.000 for compensatory damages and $250.000 for punitive damages in its official capacity. Also under title 42 USC Sec. 1983 P.J.R. & Associates inc. is being sued $250.000 for compensatory damages and $250.000 for punitive damages in its official capacity. As well as under title 42 USC Sec. 408, P.J.R. & Associates inc is being sued $250.000 compensatory damages and $250.000 for punitive damages in its official capacity.

## TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this 29th day of October, 2018 = 1438 M.C.

I Am:

Manaff Kulai-Bey, Ex Rel Marvin David Whitt,

Authorized Representative
Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
St. Louis Territory
[c/o 2 bonnie ct.]
[Florissant, Missouri [Zip Exempt]]
Northwest Amexem