# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

MANAFF KULAI-BEY,                            )
                                             )
        Plaintiff,              )
                                             )
      v.                          )        No. 4:19-CV-1528 NCC
                                             )
P.J.R. & ASSOCIATES, INC., and               )
CLEARANCE WARNER,                            )
                                             )
        Defendants.             )

## MEMORANDUM AND ORDER

       This matter is before the Court on review of plaintiff's *pro se* complaint. The complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. Local Rule 2.06(A). Moreover, plaintiff has neither paid the filing fee nor submitted a motion to proceed without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

       Accordingly,

       **IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's form "Civil Complaint" and a copy of the Court's form "Application to Proceed in District Court without Prepaying Fees or Costs."

       **IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form within **thirty (30) days** of the date of this Order. Plaintiff is advised that his amended complaint will take the place of his original complaint and will be the only pleading that this Court will review.

       **IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit the "Application to Proceed in District Court without Prepaying Fees or Costs" within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 3rd day of June, 2019.

/s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE